## Slater, Appellant, *v.* Slater.

Argued November 18, 1952.  Before STERN, C. J.,
STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

522

*James H. McHale,* for appellant.

*Frank W. Hatfield,* with him *Sabato M. Bendiner* and *Busser & Bendiner,* for appellees.

OPINION PER CURIAM, February 13, 1953:
The decree in the Court below is affirmed on the opinion of the Chancellor, Judge ALESSANDRONI. Costs on appellant.